**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 26-** |
| **v.** | : | **DATE FILED:** |
| **JOYCE MCNEILL** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1001(a)(2) (making a material false statement – 3 counts)** |

# INFORMATION

## COUNTS ONE THROUGH THREE
**(Making a Material False Statement)**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about December 19, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JOYCE MCNEILL,**

in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, relating to an offense under Chapter 109A, in that defendant MCNEILL:

| COUNT | DESCRIPTION |
|---|---|
| 1 | Stated that she was not friends with Philadelphia Federal Detention Center Inmate 1, who is known to the United States Attorney, when in fact she did have a romantic relationship with Inmate 1; |
| 2 | Stated Inmate 1 did not call her on the phone and sing “Happy Birthday” to her on July 28, 2025, when she knew that Inmate 1 did call her on the phone and sing “Happy Birthday” to her on July 28, 2025; |

| | |
|---|---|
| 3 | Stated she did not operate the email account "mrs[Inmate 1 last name]0517@gmail.com," when in fact she did operate the email account "mrs[inmate 1 last name]0517@gmail.com." |

All in violation of Title 18, United States Code, Section 1001(a)(2).

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JOYCE MCNEILL

**INFORMATION**

**18 U.S.C. § 1001(a) (2) (making a material false statement – 3 counts)**

A true bill.

______________________________

Foreman

Filed in open court this ______________________________day,

Of ______________________A.D. 20____________

______________________________

Clerk

Bail, $_________________